

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellants

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

# O R D E R

On November 5, 2014, appellee filed a Motion to Increase Supersedeas Bond from $45,721.05 as set by the trial court to $914,421.30. If appellants desire to file a response to the motion, they must do so <u>no later than November 21, 2014</u>. If appellants do not file a response by November 21 2014, this court will rule on appellee's motion without benefit of a response from appellants.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court